

FILED
April 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002583931

JEFFREY S. OGILVIE
Attorney at Law
California State Bar #160168
1330 West Street
Redding, CA 96001
(530) 241-1100 Fax (530) 241-6553

Attorney for Debtors: GEORGE EDWARD CURREA IV & KENDRA HERMINE KOEHLER CURREA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| In re<br><br>GEORGE EDWARD CURREA IV &<br>KENDRA HERMINE KOEHLER CURREA<br><br>Debtors. | CASE NO.: 10-30040-A-7<br><br>D.C. NO.: JSO-001<br><br>DATE: June 7, 2010<br>TIME: 9:00 A.M.<br>CTRM: 28, 7th Floor<br>JUDGE: MC MANUS |

## MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS

Debtors hereby move this court for an order compelling the Chapter 7 Trustee to abandon debtor's business, commonly know as CURREA CONSTRUCTION.

The basis of this motion is that the business, per se, is of nominal or no value, and it is counter to the interests of the bankruptcy estate to be burdened with the potential liability associated with the continued operation of the business during the bankruptcy period. As shown on debtor's petition and schedules, tools of trade and equipment including North Valley Bank checking #1235, North Valley Bank savings #1880, General Contractors License, 2 framing hammers, 2 finishing hammers, 1 nail gun, 1 finish nail gun, 1 hp compressor, 1 drill gun, 1 table saw, 1 skill saw, 1 chip saw, 1 saw zaw, 1 jig saw, 2 100ft extension cords, 1 tile saw, 5 wrenches, 10 screw drivers, 1 socket set, 4 levels, 1 ax, 2 tape measures, 3 chizzles, 2 squares, 1 sheet rock square, 1 texture hopper, 3 trals, 1 router, 2 caulking guns, misc. tool bits, 1 shop vac, 1 16in chain saw, 2 saw horses-wood, 1 drimel, are of modest value, and have been fully exempted. The conduct of the business by the debtor merely provides for debtor's "wages", and the ability of debtor to continue to earn a living in this manner is wholly consistent with the concept

of providing the debtor with a fresh start. As shown in debtor's

petition and schedules, the relief requested would not impede creditor's rights and would enable the Chapter 7 Trustee to satisfy concerns as to potential liability.

DATED: 4-21-10

_____
JEFFREY S. OGILVIE
Attorney for Debtor